# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SWEDE, CURTIS TREGO, and TINA CLAPPER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>WOOD-MODE, INC., ROBERT L. GRONLUND, and ROBERT BROOKS GRONLUND,<br><br>        Defendants. | No. 4:19-CV-00845<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 12th day of December 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Count II of Plaintiffs' First Amended Complaint (ECF No 7) is **DISMISSED** without prejudice;

2. Plaintiffs' Motion for Class Certification (ECF No 8) is **GRANTED** in accordance with the accompanying Memorandum Opinion;

3. The above-captioned matter shall be maintained as a class action in accordance with Federal Rule of Civil Procedure 23 on behalf of the following class of plaintiffs:

> All former employees of Defendants who worked at, received assignments from, or reported to the Wood-Mode, Inc., facility located at One Second Street,

Kreamer, Pennsylvania, and were terminated without cause on their part, on or about May 13, 2019, within thirty (30) days of that date or thereafter as part of or as the reasonably expected consequence of the mass layoff and/or plant closing ordered by Defendants on or about May 13, 2019, who do not file a timely request to opt out of the class.

4. The class claims consist of violations of the Worker Adjustment & Retraining Notification Act ("WARN Act"), 29 USC § 2104(a)(1);

5. Plaintiffs William Swede, Curtis Trego, and Tina Clapper are certified as class representatives;

6. Attorneys Jack A. Raisner and René S. Roupinian of Outten & Golden LLP, Stuart J. Miller of Lankenau & Miller, LLP, and Mary E. Olsen and M. Vance McCrary of The Gardner Firm, PC, are appointed to serve as class counsel;

7. Plaintiffs shall submit to the Court an updated proposed form of notice to the class by January 13, 2020. This proposed notice shall update the class definitions to reflect the definition provided in ¶ 3 of this Order;

8. Defendants shall produce to Plaintiffs a class list with the last known address of each class member by January 20, 2020.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge